```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LUIGI GIROTTO,

               Plaintiff,           20-CV-2243 (JPC)

       -v-                              ORDER

STRIP HOUSE RESTAURANT NY, LLC *et al.*,

              Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     It is hereby ORDERED that the deadline for Defendants to move, answer, or otherwise respond to the Complaint is extended to December 8, 2020.  Parties are further ORDERED to submit a revised proposed case management plan and scheduling order by December 8, 2020.

     SO ORDERED.

Dated: October 9, 2020
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge