# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Main:  305-949-7777  
Fax:    305-704-3877  

Robert J. Mirel, Esq.  
Member NY& NJ Bars, AR Federal Bar  
Email: rjm@weitzfirm.com

December 23, 2020

**VIA CM/ECF**  
Honorable John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 20C  
New York, New York 10007

        Re:        Girotto v. Strip House Restaurant NY, LLC, et al.  
                   Case No. 1:20-cv-02243-JPC

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement has been approved by the parties' respective counsel and has been fully executed by the parties.  Upon payment of the settlement amount, which is required to be paid by the Defendants on or before December 28, 2020, the action will be formally terminated by the filing of a Stipulation of Dismissal, with Prejudice, to be executed by the parties' counsel.  Kindly issue an Order of Dismissal, with Prejudice, subject only to the right of either party to restore this case within 30 days of such Order, only in the event that the payment is not timely made.

      Kindly cancel all upcoming events in this matter.

      Thank you for your cooperation.

                            Yours very truly,

                            THE WEITZ LAW FIRM, P.A.

                        By:  _____  
                              Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF