**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIGI GIROTTO,                                            CASE NO: 1:20-cv-02243-JPC

    Plaintiff,

vs.

STRIP HOUSE RESTAURANT NY, LLC,
a New York limited liability company,
d/b/a STRIP HOUSE SPEAKEASY, and
AUGUSTO 11 EAST 12TH STREET LLC,
a New York limited liability company, and
ANGELA 11 EAST 12TH STREET LLC,
a New York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, STRIP HOUSE RESTAURANT NY, LLC, a New York limited liability company, d/b/a STRIP HOUSE SPEAKEASY, and AUGUSTO 11 EAST 12TH STREET LLC, a New York limited liability company, and ANGELA 11 EAST 12TH STREET LLC, a New York limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 19th day of January, 2021.

By: _____        By: _____
Robert J. Mirel, Esq.                                           Michael Hayden Reed, Esq.
THE WEITZ LAW FIRM, P.A.                            Yankwitt LLP
18305 Biscayne Blvd., Suite 214                        140 Grand Street, Suite 705
Aventura, FL 33160                                              White Plains, NY 10601
Telephone: (305) 949-7777                                Telephone: (914) 686-1500
Facsimile: (305) 704-3877                                  Email: michael@yankwitt.com
E-mail: RJM@weitzfirm.com                           *Attorney for Defendants*
*Attorney for Plaintiff*

**SO ORDERED:**

_____

John P. Cronan, U.S.D.J.

Dated: _____

Plaintiff has given notice of his voluntary dismissal of his claims with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Court construes this under Rule 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order.  Therefore, the Clerk of Court is respectfully directed to dismiss this action with prejduice and close this case to the extent it remains open.

SO ORDERED.

Date: January 21, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge